IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GOLDLEAF FINANCIAL SOLUTIONS, INC. f/k/a PRIVATE BUSINESS, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) NO. 3:06-0536 ) JUDGE HAYNES ) |
| STEPHEN PRUITT, | ) ) ) |
| Defendant. | ) |

## ORDER

Upon Plaintiff's notice of dismissal without prejudice (Docket Entry No. 22), this action is **DISMISSED without prejudice**.

It is so **ORDERED**.

**ENTERED** this the 10th day of July, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge